41 So.3d 1116 (2010)
A.V.C., the father, and V.C., the mother, Appellants,
v.
DEPARTMENT OF CHILDREN & FAMILY SERVICES, Appellee.
Nos. 3D10-887, 3D10-889.
District Court of Appeal of Florida, Third District.
August 18, 2010.
Joseph P. George, Jr., Criminal Conflict & Civil Regional Counsel, Third Region and Kevin Coyle Colbert, for appellant, A.V.C.; and Kevin G. Thomas, for appellant, V.C.
Karla A. Perkins, Children Legal Services Appellate Counsel, for appellee.
Before GERSTEN, CORTIÑAS and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See § 39.01(15)(f), Fla. Stat. (2009); C.J. v. Dep't of Children & Families, 968 So.2d 121 (Fla. 4th DCA 2007).